

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00181-CV

TWG INVESTMENTS, LTD., Appellant     §     On Appeal from the 78th District Court

V.                                   §     of Wichita County (DC78-CV2022-0356)

                                     §     November 27, 2024

HIGGINBOTHAM INSURANCE AGENCY,       §     Memorandum Opinion by Justice Womack
INC., Appellee

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order granting Appellee Higginbotham Insurance Agency, Inc.'s (Higginbotham) traditional motion for summary judgment. It is ordered that the trial court's order granting Higginbotham's traditional motion for summary judgment is reversed, and the case is remanded to the trial court for further proceedings consistent with our opinion.

It is further ordered that Higginbotham shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack